UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRASER INVESTMENT
PROPERTIES, LLC,                   Case No. 2:19-cv-10834

     Plaintiff,                     HONORABLE STEPHEN J. MURPHY, III

v.

WESTCHESTER SURPLUS
LINES INSURANCE COMPANY,

     Defendant.
                                      /

## **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Upon the filing and reading of the below stipulation signed by counsel and the Court being fully advised in the premises;

**WHEREFORE**, it is hereby **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party.

This is a final order and closes the case.

**SO ORDERED.**

                                                         s/ Stephen J. Murphy, III
                                                         STEPHEN J. MURPHY, III
                                                         United States District Judge

Dated: July 22, 2020

2

## STIPULATION

**IT IS HEREBY STIPULATED** by and between the parties that this case be dismissed with prejudice and without costs to any party.

| | |
|---|---|
| s/ Michael S. Hale w/ Consent | s/ Kurt D. Meyer |
| MICHAEL S. HALE (P51339) | KURT D. MEYER (P38205) |
| MELISSA L. HIRN (P54167) | GREGORY AND MEYER, P.C. |
| **HALE & HIRN, PLC** | Attorney for Defendant |
| Attorneys for Plaintiff | 340 E. Big Beaver Rd., Ste. 520 |
| 21500 Haggerty Road, Suite 140 | Troy, MI  48083 |
| Northville, MI  48168 | (248) 689-3920/(248) 689-4560 – Fax |
| (248) 692-4012 | kmeyer@gregorylaw.com |
| mhale@haleandhirn.com | |
| mhirn@haleandhirn.com | |